■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH TIMBER, Appellant. [672 NYS2d 251] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Thomas, J.), rendered October 19, 1995, convicting him of robbery in the first degree, robbery in the third degree (three counts), and assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant did not move to withdraw his plea of guilty or vacate the judgment of conviction. Therefore, his claim that his plea allocution was defective is unpreserved for appellate review (*see, People v Mackey,* 77 NY2d 846, 847; *People v Lopez,* 71 NY2d 662). Mangano, P. J., Miller, Pizzuto and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH TITSWORTH, Also Known as JOSEPH VANSICKLE, Appellant. [672 NYS2d 250] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered September 10, 1996, convicting him of rape in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Copertino, Santucci, Florio and McGinity, JJ., concur.